IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO J. MARTINEZ, | 1:10-cv-00962-OWW-SMS (PC) |
| Plaintiff, | ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | |
| A. ENENMOH, et al., | |
| Defendants. | (Doc. 11) |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 17, 2010.  Plaintiff's first application for leave to proceed in forma pauperis lacked the requisite statement authorizing the deduction of the filing fee from his trust account.  Plaintiff's second application was on the correct form but was not signed.  Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall file a signed application to proceed in forma pauperis using the form provided with this order or, in the alternative, pay the $350.00 filing fee for this action.

///

-1-

**Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

**Dated:     August 13, 2010**                              /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE